DAVID BOYD, Individually and as Administrator, etc., Respondent, *v.* ROBERT BOYD et al., Impleaded, etc., Appellants.

(Argued June 3, 1895; decided June 14, 1895.)

APPEAL from order of the General Term of the Court of Common Pleas for the city and county of New York, made the first Monday of April, 1895, which affirmed an order of Special Term denying a motion by defendants to strike the above-entitled cause from the calendar, etc.

*Henry Daily, Jr.,* for appellants.

*Edward W. S. Johnston* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

_____

ROBERT BOYD, Respondent, *v.* DAVID BOYD, Individually and as Administrator, etc., et al., Appellants.

(Argued June 3, 1895; decided June 14, 1895.)

APPEAL from order of the General Term of the Superior Court of the city of New York, made the first Monday of May, 1895, which affirmed an order of Special Term amending the final decision in this action.

*Edward W. S. Johnston* for appellants.

*Henry Daily, Jr.,* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.